**Opinion issued March 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00587-CV

————————————

**SEAN HARRISON WHITEHEAD, Appellant**

**V.**

**COLLEEN K. WHITEHEAD, Appellee**

On Appeal from the Probate Court No. 1
Harris County, Texas
Trial Court Case No. 514441

## MEMORANDUM OPINION

Appellants have neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants failed to adequately respond. *See*

TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson